UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SOVEREIGN BANK,
Plaintiff

CA 08 255T

vs. : C.A. No.

RELIANT EQUITY PARTNERS, LLC and
RELIANT EQUITY PARTNERS, L.P.

Defendants

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446 and Local Civil Rule 81, Defendants Reliant Equity Partners, LLC and Reliant Equity Partners, L.P. give notice of the removal of this action from the Superior Court of Providence County, Rhode Island, to the United States District Court for the District of Rhode Island. Defendants state that the grounds for removal are as follows:

1. By letter dated June 23, 2008, by hand delivery, Defendants received a copy of a Summons and Complaint purportedly filed in the Superior Court of Providence County. Accordingly, this notice of removal is timely filed in accordance with the provisions of 28 U.S.C. § 1446(b).

2. The action is now pending in the Providence County Superior Court, designated Civil Action No. NC 08-4294.

3. The time within which Defendants are required to answer or otherwise plead has not yet expired.

4. This Court has jurisdiction over the civil action pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1332(a), in that:

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765

(401) 831-8900
FAX (401) 751-7542

(a) This is a civil action in which there is complete diversity of citizenship. Plaintiff is a federal savings bank with a place of business in Providence, Rhode Island (Complaint, ¶1). Plaintiff's principal place of business is in the State of Pennsylvania. Defendant Reliant Equity Partners, LLC is a Delaware limited liability company with its principal place of business in the State of Illinois . (*See* Complaint, ¶2). Defendant Reliant Equity Partners, L.P is a Delaware limited partnership with its principal place of business in the State of Illinois, (*see* Complaint, ¶3).

(b) The amount in controversy, based on the nature of Plaintiffs' allegations and claim for punitive damages, exceeds $75,000, exclusive of interest and costs.

5. Because this action is pending in the Superior Court of Providence County, Rhode Island, venue in the United States District Court for the District of Rhode Island is proper pursuant to 28 USC §1441(a).

6. Defendants have attached to this Notice as <u>Exhibit A</u> all process, pleadings and orders served upon them as required by 28 U.S.C. §1446(a) and Local Civil Rule 81(a).

7. Defendants' counsel will give counsel for Plaintiffs written notice of the removal of this action and will file a copy of this Notice with the Clerk of the Superior Court of Providence County, Rhode Island, as required by 28 U.S.C. §1446(d) and Local Civil Rule 81(a)(1) – (2).

8. By filing this Notice, Defendants do not waive any defense that may be available to them.

Respectfully submitted this 3rd day of July, 2008.

Joseph V. Cavanagh, Jr. #1139
Karen A. Pelczarksi #3357
Mary Cavanagh Dunn #6712
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542
jvc@blishcavlaw.com
kap@blishcavlaw.com
mcd@blishcavlaw.com

**ATTORNEYS FOR DEFENDANTS RELIANT EQUITY PARTNERS, LLC AND RELIANT EQUITY PARTNERS, L.P.**

**OF COUNSEL:**

David M. Neff, Esq.
Brian Audette, Esq.
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603
Telephone: (312) 324-8534
Facsimile: (312) 325-9534
DNeff@perkinscoie.com
BAudette@perkinscoie.com

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July, 2008, an exact copy of the within Notice of Removal was hand delivered to the United States District Court for its electronic distribution to all counsel of record as follows:

Richard L. Gemma, Esq.
Carl J. Ricci, Esq.
MacAdams Wieck DeLuca & Gemma Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903