STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PB-2008-4294 SOVEREIGN BANK V RELIANT EQUITY PARTNERS

Filing Date: 06-23-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: COMMERCIAL BANK TRANS
Status Date: 07-03-2008

Plaintiff: SOVEREIGN BANK
ID: @11030917

Attorney: RICHARD GEMMA

Defendant: RELIANT EQUITY PARTNERS LLC
ID: @11030921
Defendant: RELIANT EQUTIY PARTNERS L.P
ID: @11030924

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 07-07-2008 | PRELIMINARY INJUNCTION | P CRT 17 | SILVERSTEIN |

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 06-27-2008 | TEMPORARY RESTRAIN ORDER GRANTED | P CRT 17 | SILVERSTEIN |

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-23-2008 | COMPLAINT FILED | |
| 06-23-2008 | INITIAL FILING FEE | |
| 06-23-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP276038. |
| 06-27-2008 | GRANTED | |
| 07-03-2008 | NOTICE OF REMOVAL | |
| 07-03-2008 | CASE REMVD TO US DISTRICT CT | CA # 08-255 T |
| 07-03-2008 | OTH DOC FILED DURING DISCOV | |

:rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island