STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PB-2008-4294 SOVEREIGN BANK V RELIANT EQUITY PARTNERS

Filing Date: 06-23-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: COMMERCIAL BANK TRANS
Status Date: 07-03-2008

Plaintiff: SOVEREIGN BANK
ID: @11030917

Attorney: RICHARD GEMMA

Defendant: RELIANT EQUITY PARTNERS LLC
ID: @11030921

Defendant: RELIANT EQUTIY PARTNERS L.P
ID: @11030924

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 06-27-2008 | TEMPORARY RESTRAIN ORDER GRANTED | P CRT17 | SILVERSTEIN |
| 07-07-2008 | PRELIMINARY INJUNCTION COMPLETED | P CRT17 | SILVERSTEIN |

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-23-2008 | COMPLAINT FILED | |
| 06-23-2008 | INITIAL FILING FEE | |
| 06-23-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP276038. |
| 06-27-2008 | AFFIDAVIT OF SERVICE FILED | 2 FILED |
| 06-27-2008 | ORDER ENTERED | SILVERSTEIN, J - MOTION FOR TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY IS GRANTED (SEE ORDER) |
| 06-27-2008 | GRANTED | |
| 07-03-2008 | NOTICE OF REMOVAL | |
| 07-03-2008 | CASE REMVD TO US DISTRICT CT | CA # 08-255 T |
| 07-03-2008 | OTH DOC FILED DURING DISCOV | |
| 07-07-2008 | AFFIDAVIT OF SERVICE FILED | 2 FILED |
| 07-07-2008 | COMPLETED | |

True Copy Attest
[signature]
Office of ... Court
County ... and ... istol
Providence, ...