UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SOVEREIGN BANK,<br>Plaintiff | : | |
| Vs. | : | C.A. No. 08-255-T |
| RELIANT EQUITY PARTNERS, LLC and<br>RELIANT EQUITY PARTNERS, L.P.,<br>Defendants | : | |

STIPULATION

Plaintiff, Sovereign Bank and Defendants, Reliant Equity Partners, LLC and Reliant Equity Partners, L.P., by and through the undersigned counsel, hereby agree that said defendants shall have up to and including **August 4, 2008**, in which to answer or otherwise respond to plaintiff's complaint.

SOVEREIGN BANK
By Its Attorneys,

/s/ Carl J. Ricci

Richard L. Gemma #3953
Carl J. Ricci #6147
MacAdams Wieck DeLuca & Gemma Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401 454-8755 (fax)

RELIANT EQUITY PARTNERS, LLC and
RELIANT EQUITY PARTNERS, L.P.
By Their Attorneys,

/s/ Joseph V. Cavanagh, Jr.

Joseph V. Cavanagh, Jr. #1139
Karen A. Pelczarski #3357
Mary Cavanagh Dunn #6712
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: July 16, 2008