(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

SOVEREIGN BANK
Plaintiff(s)

v.
RELIANT EQUITY PARTNERS, LLC and
RELIANT EQUITY PARTNERS, L.P.
Defendant(s)

Dkt. No. 08-255-T

## MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff~~/Defendant Reliant Equity Partners, LLC and Reliant Equity Partners, L.P. hereby moves that Brian A. Audette of Perkins Coie LLP be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Joseph V. Cavanagh, Jr.
Signature of Local Counsel

Joseph V. Cavanagh, Jr.
Print Name

Blish & Cavanagh LLP
Firm and Business Address

Commerce Center, 30 Exchange Terrace

Providence, RI 02903

RI Bar ID # 1139

Email: jvc@blishcavlaw.com

Tel. # 401.831.8900

Fax # 401.751.7542

---

## ORDER

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date